UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOAKE DIVISION

| | |
|---|---|
| **CHADWICK POWELL,** | |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | **CIVIL ACTION NO.** 7:21cv642 |
| **MANPREET SINGH**<br>SERVE: 2329 Floral Avenue<br>Selma, Fresno County, CA 93662 | |
| AND, | |
| **JUDGE BRO TRUCKING, INC.**<br>**SERVE: Maria Perez, Registered Agent**<br>9000 Streamview Lane, Vienna, Virginia 22182 | |
| AND, | |
| **UDAY BRO TRUCKING,**<br>**SERVE: Maria Perez, Registered Agent**<br>9000 Streamview Lane, Vienna, Virginia 22182 | |
| Defendants. | |

## COMPLAINT

COMES NOW Plaintiff, Chadwick Powell, and moves this Court for judgment against Defendants Manpreet Singh, Judge Bro Trucking, Inc., and Uday Bro Trucking, and in support of his Complaint, states as follows:

## JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction is based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332.

2. Plaintiff Chadwick Powell is a citizen and resident of Georgia. Plaintiff files this suit to recover damages for the serious injuries he sustained when the tractor-trailer Defendant Manpreet Singh was driving crashed into the rear of the vehicle Plaintiff was riding in as a passenger.

3. Defendant Manpreet Singh is a citizen of the State of California who is subject to the jurisdiction and venue of this Court because he committed a tortious act within the Commonwealth of Virginia.

4. Defendant Judge Bro Trucking, Inc. is a California corporation with its principal place of business in California. Defendant Judge Bro Trucking, Inc. engages in interstate commerce and is subject to the jurisdiction and venue of this Court because it committed a tortious act within the Commonwealth of Virginia.

5. Defendant Uday Bro Trucking is a California corporation with its principal place of business in California. Defendant Uday Bro Trucking engages in interstate commerce and is subject to the jurisdiction and venue of this Court because it committed a tortious act within the Commonwealth of Virginia.

6. Venue is proper in this District Court because this is the judicial district in which a substantial part of the events or omissions given rise to the claim occurred pursuant to 28 U.S.C. § 1391(b)(2).

## ALLEGATIONS

7. Plaintiff realleges and incorporates by reference the foregoing paragraphs as if they were fully restated verbatim herein.

8. On January 7, 2020, Plaintiff was a passenger in a tractor-trailer that his co-driver, Dean Smith, was driving in a careful and prudent manner on I-81 in Botetourt County, Virginia.

9. At the same time and place, Defendant Manpreet Singh was driving a tractor-trailer on I-81 when he crashed into another car and then collided with the rear of Plaintiff's tractor-trailer. The impact was so significant it caused Plaintiff's tractor-trailer to strike another vehicle, leave the roadway, and strike a guardrail.

10. At all relevant times, Defendant Manpreet Singh was acting in the course and scope of his employment for Defendants Judge Bro Trucking, Inc. and/or Uday Bro Trucking.

11. At all times relevant, Defendant Manpreet Singh owed the duties to use ordinary care in the operation of his vehicle; to follow the speed limit; to operate at a safe distance and speed for the conditions; to keep the vehicle under proper control; to follow the traffic ahead at a safe distance; and to keep a proper lookout. Defendant Manpreet Singh breached these duties and was negligent.

12. At collisional times relevant, Defendant Manpreet Singh was acting in the course and scope of his employment for Defendants Judge Bro Trucking, Inc. and/or Uday Bro Trucking. As a result, Defendants Judge Bro Trucking, Inc. and/or Uday Bro Trucking are vicariously liable for the negligence of Defendant Manpreet Singh.

13. As a direct and proximate result of the negligent actions and omissions of Defendant Manpreet Singh, Mr. Powell suffered the following damages: severe and permanent bodily injuries; physical pain and mental anguish, past, present, and that which he may be reasonably expected to suffer in the future; disfigurement and deformity and any associated humiliation or embarrassment; inconvenience, past, present, and that which he may be reasonably expected to suffer in the future; medical expenses, past, present, and that which he may be reasonably expected

to suffer in the future; lost earnings and loss of earning capacity, past, present, and that which he may be reasonably expected to suffer in the future; and has otherwise been damaged.

WHEREFORE, Plaintiff Chadwick Powell, prays for judgement and an award of execution against Defendant Manpreet Singh, Judge Bro Trucking, Inc., and Uday Bro Trucking, jointly and severally, in the sum of FIVE MILLION DOLLARS ($5,000,000.00) for compensatory damages, plus pre-judgment interest from the date of this accident pursuant to Virginia Code § 8.01-382, as amended, and costs, if applicable, expended herein.

TRIAL BY JURY IS DEMANDED.

Respectfully submitted,

CHADWICK POWELL

By: _/s/ Christopher P. Yakubisin Esq._

Jonathan M. Petty, VSB No. 43100
Christopher P. Yakubisin, VSB No. 91186
PHELAN PETTY PLC
3315 West Broad Street
Richmond, Virginia 23230
Phone: (804) 980-7100
Fax: (804) 767-4601
Email: jpetty@phelanpetty.com
cyakubisin@phelanpetty.com

*Counsel for the Plaintiff*